UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPIGMENIO HERNANDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 15-CV-944 (JMC) |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment, ECF 35, is **GRANTED,** and Plaintiff's cross-motion for summary judgment, ECF 38, is **DENIED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: January 19, 2024

1